# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-CR-30128-SMY-1 |
| CEDRIC L. FRAZIER, | ) ) ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Before the Court is Defendant Cedric L. Frazier's Motion for Status (Doc. 274). Frazier seeks information on whether his sentence was reduced and "copies of rulings." The Motion is **GRANTED in part**. To the extent Frazier seeks the status of his motion for sentence reduction, he is advised that his sentence was reduced from 140 months to 70 months on April 19, 2018.

With respect to Frazier's request for "copies of rulings", defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). For that reason, before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing); and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14.

These minimal requirements do not impose a substantial burden on prisoners who desire their records be sent to them at government expense.

Frazier has not made the requisite showing. He has not demonstrated through sufficient evidence that he is indigent nor has he established that the requested documents are necessary for the preparation of a specific non-frivolous court action. Therefore, his request is denied. If Frazier wishes to pay for a copy of the requested documents, he will need to send a letter to the Clerk of Court and request the cost of production.

**IT IS SO ORDERED.**

**DATED: November 19, 2019**

                                             **STACI M. YANDLE**
                                             **United States District Judge**